UNITED STATES ex rel. UNITED IRON WORKS CO. et al. v. LUYSTER, et al. (Circuit Court of Appeals, Eighth Circuit. May 3, 1915.) No. 4254. In Error to the District Court of the United States for the Western District of Oklahoma. C. G. Horner, of Guthrie, Okl., and J. L. Hornsby, of St. Louis, Mo., for plaintiffs in error. William F. Robertson, of Dallas, Tex., and John Devereux, of Oklahoma City, Okl., for defendants in error.

PER CURIAM. Reversed, with costs, and remanded for further proceedings on authority of opinion of Supreme Court, in U. S., for Use, etc., of Alex. Bryant Co. v. N. Y. Steam Fitting Co., 235 U. S. 327, 35 Sup. Ct. 108, 59 L. Ed. 253.

---

WATTS v. WESTON et al. (Circuit Court of Appeals, Second Circuit. November 16, 1915.) In Error to the District Court of the United States for the Southern District of New York. Before LACOMBE, COXE, and ROGERS, Circuit Judges.

PER CURIAM. We have too much doubt as to the right of the plaintiff as executrix of the last will and testament of James R. Watts, deceased, to appeal, and of her chance of final success, to warrant the granting of the motion allowing her to appear in forma pauperis, after so long a delay.

---

WILSON et al. v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 27, 1915.) No. 4571. In Error to the District Court of the United States for the Western District of Oklahoma. John W. Choate, of Oklahoma City, Okl., for plaintiffs in error. John A. Fain, U. S. Atty., of Oklahoma City, Okl.

PER CURIAM. Docketed and dismissed, without costs to either party in this court, on motion of defendant in error, and with consent of plaintiffs in error.

---

YOST v. DALLAS COUNTY. (Circuit Court of Appeals, Eighth Circuit. May 18, 1915. Rehearing Denied August 23, 1915.) No. 4186. Appeal from the District Court of the United States for the Western District of Missouri. Harry J. Cantwell, of St. Louis, Mo., for appellant. J. W. Miller and John S. Haymes, both of Buffalo, Mo., for appellee.

PER CURIAM. Decree of District Court affirmed, on authority of mandate of Supreme Court on questions certified. See, also, 219 Fed. 1023, 134 C. C. A. 666.